[No. 25243-1-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ZION CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05320-0, Rudolph J. Tollefson, J., entered October 8, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25408-5-II.   Division Two.   August 17, 2001.]

*In the Matter of the Marriage of* KARIN ASHABRANER BARLOW, *Respondent*, and ROBERT RODNEY BARLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-3-01210-5, Rudolph J. Tollefson, J., entered November 18, 1999. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton, J.; Hunt, J., dissenting.

[Nos. 25413-1-II; 25452-2-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE PARKER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LARRY KEVIN BROWN, JR., *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 99-1-03200-6 and 99-1-03199-9, Frederick W. Fleming, J., entered December 10 and 13, 1999. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Houghton, JJ.